AO 91 (Rev. 08/09)  Criminal Complaint

**FILED**

# UNITED STATES DISTRICT COURT
### for the
### Western District of Texas

JUL 17 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Sinuhe Baltazar LOPEZ | )  Case No. EP.26.M-3245-RFC |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 16, 2026 _____ in the county of _____ El Paso _____ in the
_____ Western _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. § 2314 | Interstate Transportation of Stolen Property |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

Oath Telephonically Sworn
At___|_:_||___PM
Fed.R.Crim.P.4.1(b)(2)(A)

Sworn to before me and signed in my presence.

_____
*Complainant's signature*

Alexander Holley, Special Agent
_____
*Printed name and title*

Date: _____ 07/17/2026 _____

_____
*Judge's signature*

City and state: _____ El Paso, Texas _____

Robert F. Castañeda, US Magistrate Judge
_____
*Printed name and title*

On July 16, 2026, at approximately 0030 hours, Homeland Security Investigations (HSI) Violent Crimes and Gangs Task Force (VCGTF) Special Agent (SA) Alexander Holley and El Paso Police Department (EPPD) Auto Theft Task Force (ATTF) Investigator Vincent Villalobos responded to the Bridge of the Americas (BOTA) Port of Entry (POE) at 3600 E. Paisano Drive, El Paso, in the Western District of Texas.

SA Holley was informed by Customs and Border Protection Officers (CBPOs) S. Soto and J. Trigueras that they had encountered two suspected stolen trucks: a gray 2026 Dodge Ram 1500 (VIN 1C6SRMP0TN375149) and a silver 2026 Dodge Ram 2500 (VIN 3C6UR5DJ5TG321840), which were traveling in the southbound lanes leaving the United States. CBPO Trigueras informed SA Holley that both vehicles were traveling near each other and neither vehicle had license plates attached.

CBPO Trigueras stated she was conducting routine southbound inspections when she observed a silver Dodge Ram 2500 without a license plate. CBPO Trigueras stopped the vehicle for inspection and contacted the driver and sole occupant, Sinuhe Baltazar LOPEZ Jr. CBPO Trigueras asked LOPEZ why he was traveling to Ciudad Juarez, MX, to which he replied he was going to a party. CBPO Trigueras asked LOPEZ why the truck did not have a license plate. LOPEZ stated he had purchased the truck earlier in the day and did not receive a license plate. CBPO Trigueras requested the bill of sale for the vehicle, which LOPEZ said he did not have because he left it at home. CBPO Trigueras asked LOPEZ where he purchased the vehicle, to which LOPEZ said he did not know.

CBPO Trigueras advised that when LOPEZ was detained for inspection, a second gray Dodge Ram 1500 (VIN 1C6SRMP0TN375149) without a license plate was identified driving behind LOPEZ's vehicle. CBPO Trigueras stated the truck was also stopped and referred for inspection. CBPO Trigueras asked LOPEZ if he knew who the occupant of the vehicle was, to which LOPEZ said he did not. CBPO Trigueras asked LOPEZ if he and the individual in the gray Dodge Ram 1500 were traveling together, to which LOPEZ said he was not. CBPO Trigueras advised that CBPO Keefe spoke to LOPEZ about whether he had any knowledge of who the driver of the gray Dodge Ram was, to which LOPEZ said it was his co-worker.

CBPO Trigueras then contacted co-conspirator, driver of the gray Dodge Ram 1500, and asked if he knew LOPEZ. The co-conspirator informed CBPO Trigueras that LOPEZ was a childhood friend.

CBPO Trigueras conducted a basic search of LOPEZ's cell phone. CBPO Trigueras observed messages between LOPEZ and a third party. In these messages, LOPEZ was consistently photographing and informing the third party of his every step as he crossed the border through the BOTA POE at approximately 1640 hours. Additional messages showed the third-party requesting pictures of LOPEZ and what he was wearing, as the third party was attempting to arrange a pick-up for LOPEZ. The third party told LOPEZ not to inform the "other guy" how much he would be getting paid. LOPEZ advised the third party that he would "handle that later." In another

conversation, LOPEZ sent a video confirmation to an individual of himself driving the Dodge Ram truck.

The stolen vehicle operated by LOPEZ was a silver 2026 Dodge Ram 2500 with a VIN ending in 1840.

Investigator Villalobos contacted the Sisbarro Dealership in Deming, NM, regarding the two trucks. Investigator Villalobos spoke with an employee who advised that both vehicles should be on property. Investigator Villalobos also contacted the Deming Police Department, which dispatched an officer to the dealership to investigate if the vehicles were missing. Deming PD Lt. Chavez responded to the dealership and verified that both vehicles were missing from the lot. Lt. Chavez subsequently obtained two vehicle theft affidavits for the two stolen Dodge Rams that displayed NM license plate 26D212701 (VIN 1C6SRMP0TN375149) and NM license plate 26D212704 (VIN 3C6UR5DJ5TG321840). Both vehicle theft affidavits valued the trucks at $60,000.00 each.

SA Holley and Investigator Villalobos conducted an interview with LOPEZ. LOPEZ advised his primary spoken language was Spanish. CBPO Soto was present to assist with translating the interview into English. LOPEZ was provided a Miranda waiver card, which was written in Spanish. LOPEZ read the Miranda waiver card and advised he did not want to speak with the investigators.

This case was presented to AUSA John Johnston, who accepted federal prosecution for LOPEZ for violation of 18 U.S.C. § 2314: Interstate Transportation of Stolen Property.